IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRENDA JOHNSON, § | | |
|    *Plaintiff* § | | |
| § | | |
| v. § | NO. 2:17-cv-116-JRG-RSP | |
| § | | |
| CITY OF TYLER, TEXAS § | | |
|    *Defendant* § | | |

## **DEFENDANTS' JURY DEMAND**

Defendant, the City of Tyler, Texas, requests a trial by jury in this case to the fullest extent provided by law.

        Respectfully submitted,

        M. KEITH DOLLAHITE, P.C.
        5457 Donnybrook Avenue
        Tyler, Texas 75703
        (903) 581-2110
        (903) 581-2113 (Facsimile)
        keith@mkdlaw.us

        */s/ Keith Dollahite*
By:_____
        M. Keith Dollahite
        State Bar No. 05958550

## **CERTIFICATE OF SERVICE**

      This document was filed electronically in compliance with Local Rule CV-5(a) via the Court's CM/ECF system on March 1, 2017.

                                       */s/ Keith Dollahite*
                              _____