# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **BRENDA JOHNSON.,** | § | |
| | § | |
| **Plaintiff,** | § | CIVIL ACTION NO. 6:17-CV-00143-RWS |
| | § | |
| v. | § | |
| | § | |
| **CITY OF TYLER, TEXAS** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Pursuant to the parties' Joint Notice of Agreed Mediator (Docket No. 21), the Court hereby **APPOINTS** as mediator in this action:

> William Cornelius
> 909 ESE Loop 323, Suite 400
> Tyler, Texas 75701
> wc@wilsonlawfirm.com
> Tel:  (903) 509-5018
> Fax:  (903) 509-5091.

It is further **ORDERED** that the parties shall submit a proposed order including a deadline for the parties to attend mediation. *See* Docket No. 20 (Docket Control Order) at 3.

**SIGNED this 12th day of May, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE