IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRENDA JOHNSON, § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | NO. 6:17-cv-143-JDL | |
| § | | |
| CITY OF TYLER, TEXAS § | | |
| *Defendant* § | | |

## AGREED ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

IT IS ORDERED that the motion to substitute counsel of Defendant, the City of Tyler, Texas, is hereby granted.

IT IS FURTHER ORDERED that the Court approves the withdrawal of the following attorney and firm from representing Defendant:

> M. Keith Dollahite
> State Bar No. 05958550
> M. Keith Dollahite, P.C.
> 5457 Donnybrook
> Tyler, Texas 75703
> (903) 581-2110
> (903) 581-2113  (Facsimile)
> keith@mkdlaw.us

IT IS FURTHER ORDERED that the Court approves the substitution of the following attorney-in-charge and firm to represent Defendant:

Leigh C. Porter
State Bar No. 24002786
Wilson, Robertson & Cornelius, PC
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509-5000
(903) 509-5091 (Facsimile)
lporter@wilsonlawfirm.com

AGREED AS TO FORM AND SUBSTANCE:

*/s/ Keith Dollahite*
_____
M. Keith Dollahite

/s/ *Leigh C. Porter*
_____
Leigh C. Porter

**So ORDERED and SIGNED this 2nd day of October, 2017.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE